**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ALLISON M. JENSEN,<br><br>            Plaintiff,<br>vs.<br>THOMAS G. BARLAS, JR., GEORGE BARLAS, and MICHELLE BARLAS,<br><br>            Defendants. | No. C 04-3081-MWB<br><br>**ORDER** |

_____

It has come to the court's attention that its previous order correcting a typographical error in its July 7, 2006, Memorandum Opinion And Order Regarding Defendants' Motion For Summary Judgment (docket no. 45) in this case corrected only part of the problem. That order failed to correct the date of filing of the Motion For Summary Judgment by defendants Thomas Barlas and George Barlas to December 30, 2005.

THEREFORE, the final sentence of the July 7, 2006, Memorandum Opinion And Order Regarding Defendants' Motion For Summary Judgment (docket no. 45) shall be corrected, *nunc pro tunc*, to read, "THEREFORE, the December 30, 2005, Motion For Summary Judgment by defendants Thomas Barlas and George Barlas (docket no. 23) is **granted**."

**IT IS SO ORDERED.**

**DATED** this 14th day of July, 2006.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA